UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY LEE SEPPA,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

No. 10-5190RJB/JRC

ORDER DIRECTING PETITIONER TO AMEND THE PETITION

      The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.  This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judges' Rules MJR 3 and MJR 4.

      Petitioner has named the "State of Washington" as respondent.  A proper respondent is "the person having custody of the person detained." 28 U.S.C. § 2243.  This person typically is the superintendent of the facility in which the petitioner is incarcerated.  Failure to name the petitioner's custodian deprives federal courts of personal jurisdiction.  <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994). .

Order - 1

1 | Petitioner is directed to file either an amended petition naming a proper respondent or a
2 | praecipe asking the clerk to substitute a proper respondent for the State of Washington, by no
3 | later than April 30, 2010.
4 |
5 | The clerk is directed to send a copy of this order to petitioner and note the April 30, 2010 deadline on the court's calendar.
6 |
7 | DATED this 30th day of March, 2009.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Order - 2