UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY LEE SEPPA,<br><br>                Petitioner,<br><br>    v.<br><br>JEFFREY UTTECHT,<br><br>                Respondent. | CASE NO. C10-5190RJB/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The petition is DISMISSED WITHOUT PREJUDICE for the reasons set forth in the Report and Recommendation.

(3)     The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 12th day of October, 2010.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1