# United States District Court

## WESTERN DISTRICT OF WASHINGTON

DANNY LEE SEPPA,

v.

JEFFREY UTTECHT,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5190RJB/JRC

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)   The Court adopts the Report and Recommendation; and

(2)   The petition is DISMISSED WITHOUT PREJUDICE for the reasons set forth in the Report and Recommendation.

| October 13, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

| | _s / Mary Trent_ |
|---|---|
| | Deputy Clerk |